IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| TOMMY E. FLOYD, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | Case No. 7:04-CV-37 (HL) |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, [1] | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

O R D E R

Upon motion by defendant, the Commissioner of the Social Security Administration, to re-open and affirm the decision of the Commissioner dated November 3, 2005.

It is hereby Ordered, for good cause shown, that the same is granted.

DATED: April 13, 2007           */s/ Richard L. Hodge*
                                RICHARD L. HODGE
PRESENTED BY:                   UNITED STATES MAGISTRATE JUDGE


/s/ H. Randolph Aderhold
Assistant United States Attorney
Georgia Bar No. 005150
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: 478/621-2728
Facsimile:  478/621-2710
E-mail: randy.aderhold@usdoj.gov

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).